STATE, Respondent, v. ANDERSON, Appellant.

(253 N. W. 64.)

(File No. 7596.   Opinion filed February 23, 1934.)

*Thos. L. Arnold,* of Aberdeen, for Appellant.

*Walter Conway,* Attorney General, *Herman L. Bode,* Assistant Attorney General, and *Lewis W. Bicknell,* State's Attorney, of Webster, for the State.

PER CURIAM. Defendant was charged with the crime of transporting intoxicating liquor in Day county, S. D., on May 5, 1933. The jury having found him guilty, the court imposed sentence, and a judgment was entered thereon. Appellant has appealed from the judgment and the order overruling the motion for new trial.

We have examined the record, and find no error.

The judgment and order appealed from are affirmed.

All the Judges concur.